# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED JOEL HILSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> LIEUTENANT I. MIJARES, et al., <br><br> Defendants. | Case No. CV 20-1179-MWF (JEM) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has filed Objections, Defendants have filed a Reply to the Objections, and the Court has reviewed de novo those portions of the Report and Recommendation to which Plaintiff has objected. The Court overrules Plaintiff's Objections and accepts the findings and recommendations of the Magistrate Judge.

    IT IS ORDERED that: (1) Defendants' Motion to Dismiss is GRANTED; and (2) Judgment shall be entered dismissing the action without leave to amend.

DATED: May 4, 2022

                                                             MICHAEL W. FITZGERALD
                                                             UNITED STATES DISTRICT JUDGE