JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEED JOEL HILSON, SR., <br><br> Plaintiff, <br><br> v. <br><br> LIEUTENANT I. MIJARES, et al., <br><br> Defendants. | Case No. CV 20-1179-MWF (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without leave to amend.

DATED: May 4, 2022

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE